UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUDIS BYLES                                          CIVIL ACTION

VERSUS                                               NUMBER: 06-1599

BURL CAIN                                            SECTION: "N"(5)


**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of petitioner to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Eudis Byles, is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 26th day of March, 2007.

UNITED STATES DISTRICT JUDGE